An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF CODY S., A MINOR.

No. 68900

CODY S.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

**FILED**

OCT 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

IN THE MATTER OF: CODY S., A MINOR,

No. 68933

CODY S.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
WILLIAM O. VOY, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

## ORDER

Docket No. 68900 is an appeal from a district court order placing Cody S. in the Spring Mountain Youth Camp Program. On September 30, 2015, Cody filed an emergency motion to stay enforcement of the underlying district court order. The same date, this court entered

15-30678

an order granting the motion and directing that Cody be immediately released from Spring Mountain Youth Camp pending further order of this court.

The State of Nevada has now filed a motion for withdrawal of our September 30, 2015, order, as well as a motion for leave to supplement its motion for withdrawal. Additionally, Cody has now filed a petition for a writ of mandamus directing the district court to "exercise its jurisdiction and release Cody S. from juvenile detention and place him with his uncle pending appeal"; this petition has been assigned Docket No. 68933.

We conclude that the arguments raised in the writ petition are more appropriately addressed in the pending appeal, rather than in a separate writ proceeding. Accordingly, we dismiss the petition in Docket No. 68933.

As for respondent's motion for withdrawal, we elect to treat it as a motion to reconsider our September 30, 2015, order. *See* NRAP 27(b) ("A party adversely affected by the court's . . . action may file a motion to reconsider, vacate or modify that action."). Further, we grant respondent's motion for leave to supplement the motion for withdrawal to the extent that we will consider the arguments within it in resolving the motion for reconsideration. Appellant shall have until 4 p.m. on October 9, 2015, to file an opposition to the motion for reconsideration, and within that

opposition may include the arguments previously presented in its now-dismissed writ petition. Respondent shall have until 4 p.m. on October 12, 2015, to file a reply.[1]

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. William O. Voy, District Judge, Family Court Division
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]Documents submitted in this matter shall be filed personally, electronically, or by facsimile transmission with the clerk of this court in Carson City. *See* NRAP 2; NRAP 25(a)(2)(B); NRAP 25(a)(4). For purposes of this petition, we suspend application of NRAP 25(a)(2)(B)(ii)-(iv) and NRAP26(b)(1)(B).